UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MUHAMMAD ASIF QAZI, MAIRA ASIF,
STATE OF MICHIGAN, OAKLAND
COUNTY, WELLS FARGO BANK, N.A.,
BRIARWOOD MANOR HOMEOWNERS
ASSOCIATION, and RAZOR CAPITAL, LLC,

    Defendants.

_____/

Case Number 18-13730
Honorable David M. Lawson

## ORDER OF PARTIAL DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 15), it is **ORDERED** that the plaintiff's claims against defendant State of Michigan **ONLY** are **DISMISSED WITH PREJUDICE** and without costs to any party.

    s/David M. Lawson
    DAVID M. LAWSON
    United States District Judge

Date:   June 25, 2019

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 25, 2019.

    s/Susan K. Pinkowski
    SUSAN K. PINKOWSKI