IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 18-cv-13730 |
| v. | ) |
| MUHAMMAD ASIF QAZI, ET AL., | ) |
| Defendant. | ) |

## DECLARATION OF ERIC BROESAMLE

I, Eric Broesamle, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a licensed real estate broker in the state of Michigan and employed at Next Level Realty, LLC. Next Level Realty, LLC (the "Receiver") was appointed as receiver in the above-captioned case for the purpose of selling real property.

2. Pursuant to the Court's Orders entered on October 10, 2019 and February 18, 2020, the Receiver began marketing the real property located at 3644 Crooks Road, Rochester Hills, Michigan 48309, a vacant lot (the "Crooks Property"), fully described in the Complaint (ECF No. 1), on or about September 8, 2020.

3. The Receiver marketed the Crooks Property on the Multiple Listing Service, as well as Zillow, Next Level Realty's website, Facebook, and Craigslist.

1

4. On September 18, 2020, the Receiver sold the Crooks Propert to Naga Prasanna Talanki (the "Buyer") for $74,900.00. The Buyer tendered a check to the Receiver in the amount of $74,900.00, which is currently being held in escrow pending distribution by further order of the Court.

5. The Receiver has incurred or will incur, and will require reimbursement for, the expenditures or fees in conjunction with the sale of the Crooks Property in the amount of $7,662.78. The expenses are noted as follows:

| | |
|---|---|
| a) Real Estate Commission of Next Level Realty, LLC | $4,494.00 |
| b) Compliance Fee of Next Level Realty, LLC (seller) | $395.00 |
| c) Weed Control Fee to Rochester Hills Treasurer | $227.84 |
| d) Property Taxes to Rochester Hills Treasurer | $636.94 |
| e) Settlement and Closing Fee | $200.00 |
| f) Owner's Title Insurance Coverage | $639.00 |
| g) County Deed Tax/Stamps | $82.50 |
| h) State Deed Tax/Stamps | $562.50 |
| i) Recording Fees | $30.00 |
| j) Compliance Fee of Next Level Realty, LLC (buyer) | $395.00 |

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Dated: October 9, 2020

*Eric Broesamle* (signature)
Eric Broesamle, Receiver
Next Level Realty, LLC

2