IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 18-cv-13730 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MUHAMMAD ASIF QAZI, ET AL., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER OF CONFIRMATION OF SALE AND DISTRIBUTION OF SALE PROCEEDS**

Having considered the United States' motion for order confirming sale of the property located at 3644 Crooks Road, Rochester Hills, Michigan 48309, a vacant lot (the "Crooks Property"), and any response thereto, IT IS ORDERED THAT:

A. The United States' motion is GRANTED.

B. The sale of the Crooks Property, which is fully described in the First Amended Complaint, to Naga Prasanna Talanki, for the sum of $74,900.00 is hereby CONFIRMED.

C. The Receiver shall issue a deed for the Crooks Property to Naga Prasanna Talanki, in a form substantially similar to the Receiver's Deed attached to the United States' motion.

D. The Receiver shall distribute the $74,900.00 currently being held in escrow by the Receiver, as follows:

1. First, $7,662.78, to Next Level Realty, LLC for the commission and costs of the sale incurred.

2. Second, $6,995.74 (or $7,058.49 if paid during November 2020) to defendant Oakland County in full satisfaction of outstanding property taxes. The check should include a notation of "3644 Crooks Rd, Rochester Hills, MI 48309-4159. PIN: 70 15-32-426-069" in the memo line and be mailed to:

> Oakland County Treasurer
> 1200 N. Telegraph Rd., Dept 479
> Building 12 East
> Pontiac, MI 48341

3. Third, to the United States of America, the remaining funds held, in partial satisfaction of the unpaid federal tax liens against Muhammad Asif Qazi and Maira Asif. The check should contain a notation in the memo section stating "CMN 2018101434 (Qazi and Asif)" and should be mailed to:

> U.S. Department of Justice, Tax Division
> Attn: Financial Litigation Unit
> P.O. Box 310
> Washington, DC 20044

3

IT IS SO ORDERED.

Date:_____          _____
                                    United States District Judge