UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MUHAMMAD ASIF QAZI, MAIRA ASIF,
OAKLAND COUNTY, WELLS FARGO
BANK, N.A., BRIARWOOD MANOR
HOMEOWNERS ASSOCIATION,
and RAZOR CAPITAL, LLC,

      Defendants.

Case Number 18-13730
Honorable David M. Lawson

_____/

**ORDER GRANTING MOTION FOR ORDER CONFIRMING SALE
AND AUTHORIZING DISTRIBUTION OF PROCEEDS**

On February 18, 2020, the Court issued an amended order appointing a receiver to sell two real properties that are subject to forfeiture to satisfy the individual defendants' tax debts. The receiver subsequently secured and sold the subject properties. On March 9, 2021, the government filed a motion for an order confirming the sale of the final property and authorizing distribution of the sale proceeds held in escrow. The defendants that have appeared in the case as parties with potential live interests in the property have consented to the relief requested. The defendants in default have not appeared or filed any opposition to the motion. No other objections to the sale or distribution have been received by the Court, and the time for opposing the motion has expired. The Court therefore will grant the government's unopposed motion. However, the proposed order that improperly was submitted as an exhibit to the motion will be stricken. *See* E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)).

Accordingly, it is **ORDERED** that the government's unopposed motion for an order confirming sale and authorizing distribution of proceeds (ECF No. 52) is **GRANTED**, and the government's proposed order (ECF No. 52-3) is **STRICKEN**.

It is further **ORDERED**, pursuant to 26 U.S.C. § 7403 and the previously issued orders of the Court authorizing the sale and distribution of properties, that the sale of the real property located at 2973 Briarwood Drive, Troy, Michigan 48085 (the "Briarwood Property"), to Man Lim Chai, for the sum of $360,000 hereby is **CONFIRMED**.

It is further **ORDERED** that the Receiver promptly shall issue a deed for the Briarwood Property to Man Lim Chai, in a form substantially similar to the example of a receiver's deed attached to the United States' motion.

It is further **ORDERED** that the Receiver promptly shall distribute the $360,000 in sale proceeds currently being held in escrow as follows: (1) $27,174.50 to Next Level Realty, LLC for the commission and costs of the rental and sale incurred as set forth in the motion; (2) $254,880.57 to defendant Wells Fargo Bank, N.A., as Trustee for Bank of America Funding 2005-B Trust, in full satisfaction of its mortgage interest in the Briarwood Property; and (3) the remainder of the funds to the United States of America, in partial satisfaction of the unpaid federal tax liens against Muhammad Asif Qazi and Maira Asif.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:  March 11, 2021